IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EARL E. SNYDER JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | |
| ) | **CIVIL NO. 16-cv-00114-SMY** |
| **JOHN G. BAKER, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

On February 1, 2016, Plaintiff filed a Complaint with this Court alleging § 1983 violations against numerous defendants. The Complaint did not contain an original signature as required by Rule 11 of the Federal Rules of Civil Procedure. As a result, Plaintiff was instructed to file an amended complaint containing his signature within thirty (30) days of February 4, 2016, the date of this Court's Order.

Plaintiff filed an amended complaint on February 25, 2016 (Doc. 5); however, it does not contain a statement of claim or request for relief. As a result, the amended complaint was stricken and the Court instructed Plaintiff to file an amended complaint that contains a statement of claim and request for relief within thirty (30) days of February 26, 2016 (Doc. 6). Over thirty days have since passed and the Plaintiff has not filed an amended complaint in compliance with the Court's Order. Accordingly, this case is **DISMISSED** without prejudice for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

If Plaintiff wishes to appeal this Order, he may file a notice of appeal with this Court within thirty days of the entry of judgment. FED. R. APP. 4(A)(4). If Plaintiff does choose to appeal, he will be liable for the $505.00 appellate filing fee irrespective of the outcome of the appeal. *See* FED. R. APP. P. 3(e); 28 U.S.C. § 1915(e)(2); *Ammons v. Gerlinger*, 547 F.3d 724, 725-26 (7th Cir. 2008); *Sloan v. Lesza*, 181 F.3d 857, 858-59 (7th Cir. 1999); *Lucien v. Jockish*, 133 F.3d 464, 467 (7th Cir. 1998). A timely motion filed pursuant to Federal Rule of Civil Procedure 59(e) may toll the 30-day appeal deadline.[1] FED. R. APP. 4(a)(4).

The Clerk's Office is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED: August 29, 2016**

s/ STACI M. YANDLE
**STACI M. YANDLE**
**United States District Judge**

---

[1] A Rule 59(e) motion to alter or amend a judgment must be filed no later than 28 days after the entry of the judgment. FED. R. CIV. P. 59(e).